No. 913. NASH *v.* COMMISSIONER OF INTERNAL REVENUE. May 24, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Claude M. Houchins* for petitioner. *Solicitor Gen-*

*eral Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Maurice J. Mahoney* for respondent.

